FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2010 MAR 22  P 12: 28

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:10-cr-93 |
| | ) | |
| ANNE MARGRETH BAKILANA, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
IN OPEN COURT

MAR 29 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

Count One
(False Statement)

On or about August 28, 2009, in the District of Columbia, the defendant, ANNE MARGRETH BAKILANA, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States; that is, BAKILANA told a Special Agent of the Federal Bureau of Investigation that BAKILANA used $3,500 collected from her then-employee, S.K., on or about July 17, 2009 for the purpose of purchasing property in Tanzania for the benefit of, and with permission from, S.K.  In fact, as the defendant then well knew, BAKILANA had collected the money for her own personal use and benefit and not for the purpose of purchasing property in Tanzania for the benefit of, and with permission from, S.K.

(In violation of Title 18, United States Code, Section 1001(a)(2))

<u>Count Two</u>
(False Statement)

On or about August 28, 2009, in the District of Columbia, the defendant, ANNE MARGRETH BAKILANA, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States; that is, BAKILANA told a Special Agent of the Federal Bureau of Investigation that BAKILANA did not falsely warn her then-employee, S.K., that the FBI would escort S.K. out of the country if S.K. terminated her employment with BAKILANA. In fact, as the defendant then well knew, BAKILANA had falsely warned her then-employee, S.K., that the FBI would escort S.K. out of the country if S.K. terminated her employment with BAKILANA.

(In violation of Title 18, United States Code, Section 1001(a)(2))

Neil H. MacBride
United States Attorney

By: *[signature]*
Inayat Delawala
Assistant United States Attorney

Kayla Bakshi
Civil Rights Division
United States Department of Justice